UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ACE AMERICAN INSURANCE COMPANY
a/s/o CALVIN KLEINMAN
and                                                                              2009 Civ. 728 (TPG)
INSURANCE COMPANY OF NORTH
AMERICA a/s/o FAITH MCCURDY,
                                                                                     **RETURN OF SERVICE**
            Plaintiffs,

  - against -

SEAWANHAKA CORINTHIAN YACHT CLUB,

            Defendant.
------------------------------------------------------------X

      Pursuant to Fed. R. Civ. P. Rule 4, the plaintiff hereby makes proof of service to the Court. The plaintiff attaches hereto Exhibit 1, the Affidavit of Service of David Kleinberg declaring under penalty of perjury under the laws of the United States of America that he personally served the Summons and Complaint for the above captioned civil action on Jane Smith on behalf of defendant, Seawanhaka Corinthian Yacht Club, on February 18, 2009.

Dated: New York, New York
       February 24, 2009
       230-38; 230-39

                                            CASEY & BARNETT, LLC
                                            Attorneys for Plaintiffs

                            By:     _____
                                            Gregory G. Barnett (GGB-3751)
                                            Thomas M. Grasso (TMG-3737)
                                            65 West 36th Street, 9th Floor
                                            New York, New York 10018
                                            Telephone: (212) 286-0225
                                            Facsimile: (212) 286-0261

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK   Attorney: CASEY & BARNETT, LLC - 306

---

ACE AMERICAN INSURANCE CO. ET AL

                                                       Plaintiff(s)

- against -

SEAWANHAKA CORINTHIAN YACHT CLUB

                                                       Defendant(s)

Index #: 09 CIV 00728

Date Filed:

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

DAVID KLEINBERG BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on February 18, 2009 at 12:55 PM at

314 YACHT CLUB ROAD
CENTRE ISLAND, NY 11771

deponent served the within true copy of the SUMMONS & COMPLAINT on SEAWANHAKA CORINTHIAN YACHT CLUB, the defendant/respondent therein named,

**CORPORATION**  by delivering thereat a true copy of each to JANE SMITH, REFUSED TRUE NAME personally, deponent knew said corporation so served to be the corporation described in said SUMMONS & COMPLAINT as said defendant/respondent and knew said individual to be the MANAGING AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | LIGHT BROWN | 53 | 5'5 | 125 |

February 18, 2009 at 12:55 PM Jane Smith, true name unknown said name fictitious, said name intended being the managing (or general) agent of defendant/respondent SEAWANHAKA CORINTHIAN YACHT CLUB described as above and refusing to give name at time of service.

Sworn to me on: February 19, 2009

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2010

Robin Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2009

Larry Yee
Notary Public, State of New York
No. 01YE5015682
Qualified in New York County
Commission Expires July 26, 2009

DAVID KLEINBERG

Docket #: 616630

ACE AMERICAN INSURANCE CO. ET AL

                                         Plaintiff(s)

- against -

SEAWANHAKA CORINTHIAN YACHT CLUB

                                         Defendant(s)

Index #: 09 CIV 00728

Date Filed:

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

DAVID KLEINBERG BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on February 18, 2009 at 12:55 PM at

314 YACHT CLUB ROAD
CENTRE ISLAND, NY 11771

deponent served the within true copy of the SUMMONS & COMPLAINT on SEAWANHAKA CORINTHIAN YACHT CLUB, the defendant/respondent therein named,

**CORPORATION** by delivering thereat a true copy of each to JANE SMITH, REFUSED TRUE NAME personally, deponent knew said corporation so served to be the corporation described in said SUMMONS & COMPLAINT as said defendant/respondent and knew said individual to be the MANAGING AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | LIGHT BROWN | 53 | 5'5 | 125 |

February 18, 2009 at 12:55 PM Jane Smith, true name unknown said name fictitious, said name intended being the managing (or general) agent of defendant/respondent SEAWANHAKA CORINTHIAN YACHT CLUB described as above and refusing to give name at time of service.

Sworn to me on: February 19, 2009

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2010

Robin Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2009

Larry Yee
Notary Public, State of New York
No. 01YE5015682
Qualified in New York County
Commission Expires July 26, 2009

DAVID KLEINBERG

Docket #: 616630