UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ACE AMERICAN INSURANCE COMPANY
a/s/o CALVIN KLEINMAN
and                                                                              2009 Civ. 728 (TPG)
INSURANCE COMPANY OF NORTH
AMERICA a/s/o FAITH MCCURDY,
                                                                                    **NOTICE OF**
                   Plaintiffs,                      **VOLUNTARY DISMISSAL**

      - against -

SEAWANHAKA CORINTHIAN YACHT CLUB,

                   Defendant.
-------------------------------------------------------------X

      **IT IS HEREBY NOTICED** that the above-captioned action, in accordance with the provisions of Rule 41(a) of the Federal Rules of Civil Procedure, be and hereby is voluntarily dismissed with prejudice and without costs, no party having answered or otherwise appeared in the action.

Dated: New York, New York
       May 7, 2009
       230-38/39

                                                       Respectfully submitted,

                                                       CASEY & BARNETT, LLC
                                                     Attorneys for Plaintiffs

                                    By: _____
                                         Thomas M. Grasso (TMG-3737)
                                         65 West 36th Street, 9th Floor
                                         New York, New York 10018
                                         Telephone: (212) 286-0225
                                         Facsimile: (212) 286-0261